UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY JAMES HOLST,<br><br>    Defendant. | NO. CR06-5717 FDB<br><br>FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following asset:

1.  $59,611.13 in U.S. Currency, representing all proceeds contained in McDonald Investment Account Number 62401371, subsequently converted to an account at UBS Financial Services.

On December 6, 2007, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendant Henry James interest in all proceeds contained in McDonald Investment Account Number 62401371, subsequently converted to an account at UBS Financial Services. $59,l611.13 in U.S. Currency representing the entire proceeds contained with the account was seized on February 29, 2007 by the Internal Revenue Service.

The above-referenced asset was subject to forfeiture pursuant to Title 21, United States Code, Section 853, based on Henry James Holst's guilty plea to Bank Fraud, as charged in Count 3 of the Indictment, in violation of Title 18,

FINAL ORDER OF FORFEITURE - 1
U.S. v. HENRY JAMES HOLST, Case No. CR06-5717FDB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  United States Code, Sections 1344, and his agreement to forfeit the proceeds contained in
2  McDonald Investment Account Number 62401371, subsequently converted to an account
3  at UBS Financial Services.
4         Pursuant to Title 21, United States Code, Section 853(n), the United States
5  published notice in The Daily Journal of Commerce on February 15, 2008, February 22,
6  2008, and February 29, 2008.  In the publication the United States published notice of the
7  Preliminary Order of Forfeiture and the intent of the United States to dispose of the
8  property in accordance with law.  This notice further stated that any person other than the
9  defendant having or claiming an interest in the property was required to file a petition
10 with the Court within thirty (30) days of the final publication of the notice or personal
11 receipt of the notice, whichever was earlier, setting forth the nature of the petitioner's
12 right, title, and interest in the property.
13       No petitioners have come forward to assert an interest in the forfeited property.
14 Accordingly,
15       IT IS ORDERED, ADJUDGED and DECREED that the following property is
16 hereby fully and finally condemned and forfeited to the United States in its entirety:
17           1.    $59,611.13 in U.S. Currency, representing all proceeds contained in
                  McDonald Investment Account Number 62401371, subsequently
18                converted to an account at UBS Financial Services.
19       The Department of Treasury is authorized to dispose of the above-listed
20 property in accordance with the law.
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

FINAL ORDER OF FORFEITURE - 2
U.S. v. HENRY JAMES HOLST, Case No. CR06-5717FDB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   The Clerk of the Court is hereby directed to send a copy of this Final Order of
2   Forfeiture to all counsel of record and to send three (3) "raised seal" certified copies to
3   the United States Marshals Service in Seattle, Washington.
4   DATED this 9th day of May, 2008.

              *[signature]*
              FRANKLIN D. BURGESS
              UNITED STATES DISTRICT JUDGE

10  Presented by:

13      s/ Richard E. Cohen
    RICHARD E. COHEN
14  Assistant United States Attorney
15  United States Attorney's Office
    700 Stewart Street, Suite 5220
16  Seattle, Washington  98101-1271
    Telephone:   206/553-2242
17  Facsimile:   206/553-6934
18  Email:       Richard.E.Cohen@usdoj.gov

FINAL ORDER OF FORFEITURE - 3
U.S. v. HENRY JAMES HOLST, Case No. CR06-5717FDB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970