UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. CR06-5717 FDB |
| v. | ) | AMENDED FINAL ORDER OF FORFEITURE |
| HENRY JAMES HOLST, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on motion of the United States for entry of an Amended Final Order of Forfeiture with respect to the following property:

1. $59,611.13 in U.S. Currency, representing all proceeds contained in McDonald Investment Account Number 62401371, subsequently converted to an account at UBS Financial Services.
2. $29.16 in U.S. Currency from UBS Financial Services dividend check No. 512463 seized by the Internal Revenue Service Criminal Investigation on March 31, 2008, representing additional proceeds of McDonald Investment Account Number 62401371, subsequently converted to an account at UBS Financial Services.

On December 6, 2007, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendant Henry James Holst's interest in all proceeds contained in McDonald Investment Account Number 62401371, subsequently converted to an account at UBS Financial Services.

The above-referenced account was subject to forfeiture pursuant to Title 21,

AMENDED FIRST FINAL ORDER OF FORFEITURE - 1
U.S. v. HENRY JAMES HOLST (No. CR06-5717FDB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

United States Code, Section 853, based on Henry James Holt's guilty plea to Bank Fraud, as charged in Count 3 of the Indictment, in violation of Title 18, United States Code, Sections 1344, and his agreement to forfeit the property.

Pursuant to Title 21, United States Code, Section 853(n), the United States published notice in The Daily Journal of Commerce on February 15, 2008, February 22, 2008, and February 29, 2008. In the publication the United States published notice of the Preliminary Order of Forfeiture and the intent of the United States to dispose of the property in accordance with law. Within the notice, the property was listed as "All proceeds contained in McDonald Investment Account Number 62401371, now an account at UBS Financial Services (As of April 24, 2007, the balance was $68,132.66)." This notice further stated that any person other than the defendant having or claiming an interest in the property was required to file a petition with the Court within thirty (30) days of the final publication of the notice or personal receipt of the notice, whichever was earlier, setting forth the nature of the petitioner's right, title, and interest in the property.

All persons and entities believed to have an interest in the property subject to forfeiture were given proper notice of the intended forfeiture.

No petitioners or claimants have come forth to assert an interest in the forfeited property, and the time for doing so has expired.

On February 29, 2008, the Internal Revenue Service Criminal Investigations (IRS-CI) seized $59,611.13, the contents of the account at UBS Financial. On March 31, 2008, IRS-CI seized UBS Financial Services dividend check no. 512463 for $29.16, representing additional proceeds of the seized account.

On April 30, 2008, the United States filed a Motion (and proposed Order) for Entry of Final Order of Forfeiture. (Docket #52). Said Motion and Order incorrectly listed the property to be forfeited as follows:

    1.     $59,611.13 in U.S. Currency, representing all proceeds contained in McDonald Investment Account Number 62401371, subsequently converted to an account at UBS Financial Services.

Now the United States seeks, by motion, to amend the Final Order of Forfeiture to

AMENDED FIRST FINAL ORDER OF FORFEITURE - 2
U.S. v. HENRY JAMES HOLST (No. CR06-5717FDB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

forfeit the $29.16 from UBS dividend check 512463 in addition to above-described property.

Accordingly,

IT IS ORDERED, ADJUDGED and DECREED that the following property is hereby fully and finally condemned and forfeited to the United States in its entirety:

1. $59,611.13 in U.S. Currency, representing all proceeds contained in McDonald Investment Account Number 62401371, subsequently converted to an account at UBS Financial Services.

2. $29.16 in U.S. Currency from UBS Financial Services dividend check No. 512463 seized by the Internal Revenue Service Criminal Investigation on March 31, 2008, representing additional proceeds of McDonald Investment Account Number 62401371, subsequently converted to an account at UBS Financial Services.

The Department of Treasury is authorized to dispose of the above-listed property in accordance with the law.

The Clerk of the Court is hereby directed to send a copy of this Final Order of Forfeiture to all counsel of record and to send six (6) "raised seal" certified copies to the United States Attorney's Office in Seattle, Washington.

DATED this 6th day of October, 2008.

/s/ Franklin D. Burgess
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

_____
RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-2242
Facsimile: 206-553-6934

AMENDED FIRST FINAL ORDER OF FORFEITURE - 3
U.S. v. HENRY JAMES HOLST (No. CR06-5717FDB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Email: Richard.E.Cohen@usdoj.gov

AMENDED FIRST FINAL ORDER OF FORFEITURE - 4
U.S. v. HENRY JAMES HOLST (No. CR06-5717FDB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970